ERIC BENSAMOCHAN BAR # 255482
THE BENSAMOCHAN LAW FIRM, INC.
30851 AGOURA RD # 114
AGOURA HILLS, CA 91301
818-907-5866  818-461-5959  (FAX)
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL RAMOS, et al.,<br><br>Defendant | Case No.: 2:10-CV-01210-WDK-FMO<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT BY CLERK** |

■ Judgment Creditor

☐ Assignee of record applies for renewal of the Consent Judgment as follows:

1. Applicant (*name and address*):

    J&J SPORTS PRODUCTIONS, INC.
    C/O ERIC BENSAMOCHAN
    THE BENSAMOCHAN LAW FIRM, INC.
    30851 AGOURA RD # 114
    AGOURA HILLS, CA 91301

2. Judgment debtor (*name and last known address*):

    Miguel Angel Ramos, individually and d/b/a Mariscos Ensenada # 5
    3622 W 5TH ST.
    Santa Ana, CA 92703

    Maria Ramos Renteria aka Maria Ramos, individually and d/b/a Mariscos Ensenada # 5
    19565 Denair Crt.
    Riverside, Ca 92508

3. Original Judgment

    a. Case Number (specify):   2:10-CV-01210-WDK-FMO
    b. Entered on *(date)*:        3-2-11

    c. Recorded:
       (1) Date:
       (2) County:
       (3) Instrument No.:

4. ☐ Judgment previously renewed (*specify each case number and date*):
    Case No.:           entered on

5. ■ Renewal of money judgment:
    a. Total Judgment                  $ 1,520.00
    b. Costs after Judgment           $     0.00
    c. Subtotal *(add a and b)*          $ 1,520.00
    d. Credits after Judgment          $     0.00
    e. Subtotal *(subtract d from c)*     $ 1,520.00
    f. Interest after Judgment (rate of .27% per annum) $   40.44
    g. Fee for filing renewal application    $   00.00
    h. **Total renewed Judgment** *(add e, 5 and g)* $ 1,560.44

6. ☐ Renewal of judgment for    ☐ possession
                                  ☐ sale

    a. ☐ If judgment was not previously renewed, terms of judgment as entered.

    b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c. ☐ Terms of judgment remaining unsatisfied.

7. Waiver of costs: Judgment Creditor hereby waives the accrual of any costs in this matter.

8. Acknowledgment of credit: $0.00

9. Accrued Interest: Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of $40.44. The rate of interest is .27% per annum which is less than an approximation of the rates of interest charged on federal judgments during the entire time period. This has been calculated for the entire period of ten years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2021, at Agoura Hills, California.

                                          /s/ *Eric Bensamochan*
                                    Eric Bensamochan ( SBN # 255482)

<u>PROOF OF SERVICE</u>

Miguel Angel Ramos, individually and d/b/a Mariscos Ensenada # 5
3622 W. 5th St.
Santa Ana, Ca 92703

Maria Ramos Renteria aka Maria Ramos, individually and d/b/a Mariscos Ensenada # 5
19565 Denair Crt.
Riverside, Ca 92508

I do say and declare:

    I am employed in the County of Los Angeles, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 30851 Agoura Rd # 114 Agoura Hills, Ca 91301. On the date set forth below, I served the attached:

APPLICATION FOR AND RENEWAL OF JUDGMENT
[PROPOSED] RENEWAL OF JUDGMENT

on the above-named person(s) by:

  <u>XXX</u>  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Agoura Hills, California, addressed to the person served above.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

    Executed this 5th day of January 2021.

                                                 <u>/s/Cheri Bordeaux</u>
                                                 Cheri Bordeaux

Eric Bensamochan, BAR#255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 818-461-5959 (FAX)
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. ) | Case No.: 2:10-CV-01210-WDK-FMO |
| Plaintiff, ) | **NOTICE OF** |
| ) | **RENEWAL OF JUDGMENT BY CLERK** |
| vs. ) | |
| ) | |
| MIGUEL ANGEL RAMOS, ET AL. ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

**TO JUDGMENT DEBTORS:** Miguel Angel Ramos individually and d/b/a Mariscos Ensenada 5; Maria Ramos Renteria aka Maria Ramos, individually and d/b/a Ensenada 5 10 years from the date the application for renewal was filed. The renewal of the money judgment

    is for the following amounts:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $ 1,520.00 |
| b. Costs after judgment | $     0.00 |
| c. Subtotal | $ 1,520.00 |
| d. Credits after judgment | $     0.00 |
| e. Subtotal (*subtract d from c*) | $ 1,520.00 |
| f. Interest after judgment (.27%per annum) | $    40.44 |
| g. Fee for filing renewal application | $     0.00 |
| h. **Total renewed judgment** (*add e, f and g*) | $ 1,560.44 |

2. If you object to this renewal, you may make a motion to vacate or modify the renewal with the Court.

3. You must make this motion within 30 days after service of this notice on you.

4. A copy of the Application for and Renewal of Judgment is attached (Cal. Rules of Court, Rule 3.1900).

Dated: _____     Clerk, by _____

                                              Kiry A. Gray,
                                              Clerk of U.S. District Court

Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC        )
                                   )
           Plaintiff,      vs.     )   Case No.: 2:10-CV-01210-WDK-FMO
                                   )
MIGUEL ANGEL RAMOS,  et al,        )
                                   )   **RENEWAL OF JUDGMENT**
                                   )   **BY CLERK:**
           Defendant,              )
                                   )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Miguel Angel Ramos individually and d/b/a Mariscos Ensenada 5; Maria Ramos Renteria aka Maria Ramos, individually and d/b/a Ensenada 5, entered on March 2, 2011, be and the same is hereby renewed in the amounts as set forth below:

   Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 1,520.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **1,520.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **1,520.00** |
| f. | Interest after judgment(.27%) | $ | 40.44 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **1,560.44** |

Dated: January 6, 2021         CLERK, by _Sharon Hall Brown_
                               Deputy
                                 Kiry A. Gray,
                                 Clerk of U.S. District Court

Renewal of Judgment